```
_____ FILED    _____ LODGED
          _____ RECEIVED
```

Jul 27, 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                     Plaintiff,

vs.

JAMES K. KALLAM,

        Defendant/Judgment Debtor,

and

PETCO CORPORATE OFFICE HEADQUARTERS HQ/PETCO ANIMAL SUPPLIES STORES, INC.,

                     Garnishee.

NO. **3:15-mc-05030-BHS**

(3:02-CR-5004-1)

**Order to Issue a Writ of Continuing Garnishment**

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment Debtor, James K. Kallam, from Petco Corporate Office Headquarters HQ/Petco Animal Supplies Stores, Inc., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

\\

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

liNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Petco Corporate Office Headquarters HQ/Petco Animal Supplies Stores, Inc., whose address is Petco Corporate Office Headquarters HQ/Petco Animal Supplies Stores, Inc., Attn: Human Resources - Wage Garnishment Dept., 9125 Rehco Road, San Diego, CA 92121.

DATED this ___ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth(ro,usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970