The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  3:15-MC-05030-BHS |
| Plaintiff, | (3:02-CR-5004-1) |
| v. | **Continuing Garnishee Order** |
| JAMES K. KALLAM, | |
| Defendant/Judgment Debtor, | |
| and | |
| PETCO CORPORATE OFFICE HEADQUARTERS HQ/PETCO ANIMAL SUPPLIES STORES, INC., | |
| Garnishee. | |

A Writ of Continuing Garnishment directed to Garnishee, Petco Corporate Office Headquarters HQ/Petco Animal Supplies Stores, Inc., has been duly issued and served upon the Garnishee.  Pursuant to the Writ, Garnishee Petco Corporate Office Headquarters HQ/Petco Animal Supplies Stores, Inc., filed an Amended Answer on September 29, 2015, stating that at the time of the service of the Writ, Defendant/Judgment Debtor James K.

[PROPOSED] CONTINUING GARNISHEE ORDER
(USDC#: 3:15-MC-05030-BHS/3:02-CR-5004-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Kallam was an active employee, and that Garnishee was in possession of earnings that were due and owed to Defendant/Judgment Debtor.

After notification of the garnishment proceeding was mailed to the parties on or about July 27, 2015, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Petco Corporate Office Headquarters HQ/Petco Animal Supplies Stores, Inc., shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor James K. Kallam, upon each period of time when Defendant/Judgment Debtor Kallam is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Kallam's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.  This includes all monies previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Kallam's outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:02-CR-5004-1

[PROPOSED] CONTINUING GARNISHEE ORDER
(USDC#: 3:15-MC-05030-BHS/3:02-CR-5004-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

and 3:15-MC-05030-BHS, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101.

DATED this __8__ day of __December__, 2015.

_____
BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney
[PROPOSED] CONTINUING GARNISHEE ORDER
(USDC#: 3:15-MC-05030-BHS/3:02-CR-5004-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970